UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

```
_____
                                )
THOMAS CHARLES LEMAY, Pro Se    )
                                )
         PLAINTIFF,             )
                                )
                                )
        -AGAINST-               )
                                )
                                )
KATHLEEN M. DONNEHY, COMMISSIONER )
ROBERT MURPHY, SUPERINTENDENT    )
Sgt. PHUL CANE, TRAINING OFFICER )
JOHN DOE NO. 1,  OFFICER         )
JOHN DOE NO. 2,  OFFICER         )
JOHN DOE NO. 3, SHIFT COMMANDER 3-11 )
                                )
         DEFENDANT'S ,          )
_____ )
```

## MOTION FOR WAIVER OF FILING FEES AND PROCEED IN FORMA PAUPERIS

NOW COMES THE PLAINTIFF THOMAS C. LEMAY, Pro Se, AND MOVES THAT THIS HONORABLE COURT TO WAIVE PAYMENT OF FILING FEES AND ALL OTHER FEES AND ALLOW THE PLAINTIFF TO PROCEED IN FORMA PAUPERIS. THE PLAINTIFF IS WITHOUT FUNDS TO SUPPORT THIS ACTION. AND FOR THE FOLLOWING REASONS.

THE P.L.R.A. DEFINES "PRISONER" AS ANY PERSON SUBJECT TO INCARCERATION, DETENTION, OR ADMISSION TO ANY FACILITY WHO IS ACCUSED OF,  CONVICTED OF, SENTENCED FOR, OR ADJUDICATED DELINQUENT FOR VIOLATION OF CRIMINAL  LAW OR THE TERMS AND CONDITION OF PAROLE, PROBATION, PRE TRAIL RELEASE, OR DEFINED AS ANY FEDERAL STATE, OR LOCAL  FACILITY THAT INCARCERATES OR DETAINS  JUVENILES  OR  ADULTS  ACCUSED OF , CONVICTED  OF, SENTENCED FOR,  OR ADJUDICATED DELINQUENT FOR VIOLATIONS OF

CRIMINAL LAW, PATIENTS ARE NOT "PRISONERS" NOR IS THE TREATMENT CENTER A "PRISON" WITHIN THE MEANING OF P.L.R.A. **KING V. GREEBBLALT** 53 F. SUPP. 2ND 117,138 (D. MASS. 1999).

THE APPLICABILITY OF THE P.L.R.A. TO THE TREATMENT CENTER IS AN ISSUE OF FIRST IMPRESSION IN THIS COURT. HOWEVER, OTHER COURTS HAVE ADDRESSED THE ISSUE AND HAVE CONCLUDED THAT P.L.R.A. HAS NO APPLICATION IN A CASE WHICH BEARS SIMILAR ANALYSIS TO THE TREATMENT CENTER. **WEST V. MACHT**, 986 F. SUPP. 1141 (W,D, WIS. 1997).

**WHEREFORE:** THE PLAINTIFF PRAYS THIS HONORABLE FEDERAL COURT TO GRANT HIS MOTION AND ALLOW HIM TO PROCEED IN FORMA PAUPERIS AND WAIVE ALL FEES IN THIS ACTION.

RESPECTFULLY SUBMITTED,

Dated: December 14, 2004

THOMAS C. LEMAY, Pro Se
30 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

**ATTACHMENT 5**

EASTERN _____ **District of** ___ MASSACHUSETTS

LEMAY, THOMAS C.

     Plaintiff

     V.

DONNEHY, KATHLEEN M.
MURPHY, ROBERT
CANE PHIL
JOHN DOE NO'S 1,2,3
     Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: **04 - 12676 REK**

I, ___ THOMAS C. LEMAY ___ declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration NEWMANSKET CORR. FACILITY, (MA. TREATMENT CENTER

   Are you employed at the institution? __NO__ Do you receive any payment from the _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   JUNE 2004, PAY $2.35 A WEEK    OR LESS

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    [ ] Yes    [X] No
   b. Rent payments, interest or dividends    [ ] Yes    [X] No
   c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
   d. Disability or workers compensation payments    [ ] Yes    [X] No
   e. Gifts or inheritances    [X] Yes    [ ] No
   f. Any other sources    [ ] Yes    [X] No

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

MY BROTHER RICHARD LEMAY SENT ME 200.00 IN THE PAST 3 MONTHS AS A GIFT.

4.   Do you have **any** cash or checking or savings accounts?    ☐ Yes        ☒ No

     If "Yes," state the total amount. _____

5.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?        ☐ Yes        ☒ No

     If "Yes," describe the property and state its value.

6.   List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

     NONE

I declare under penalty of perjury that the above information is true and correct.

_December 14_   2004 _____        _____
      Date                                                                        Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20041202 13:18

*G Months Account*

| | | | | | | | Page : 1 |
|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| Commit# : | M13760 | **MASS. TREATMENT CENTER** |
| Name : | LEMAY, THOMAS, , | Statement From 20040401 |
| Inst : | MASS. TREATMENT CENTER | To 20041202 |
| Block : | A2 | |
| Cell/Bed : | 025 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | | Total Transaction before this Period : | $955.46 | $941.27 | $0.00 | $0.00 |
| 20040401 22:30 | CN - Canteen | 2607971 | | MTC | ~Canteen Date : 20040401 | $0.00 | $14.15 | $0.00 | $0.00 |
| 20040407 23:01 | PY - Payroll | 2635397 | | MTC | ~20040321 To 20040327 | $10.88 | $0.00 | $0.00 | $0.00 |
| 20040408 22:30 | CN - Canteen | 2638310 | | MTC | ~Canteen Date : 20040408 | $0.00 | $10.59 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2650706 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040414 23:01 | PY - Payroll | 2680164 | | MTC | ~20040328 To 20040403 | $11.63 | $0.00 | $0.00 | $0.00 |
| 20040415 22:30 | CN - Canteen | 2682599 | | MTC | ~Canteen Date : 20040415 | $0.00 | $11.42 | $0.00 | $0.00 |
| 20040421 23:02 | PY - Payroll | 2708044 | | MTC | ~20040404 To 20040410 | $11.63 | $0.00 | $0.00 | $0.00 |
| 20040422 22:30 | CN - Canteen | 2710448 | | MTC | ~Canteen Date : 20040422 | $0.00 | $12.05 | $0.00 | $0.00 |
| 20040428 23:02 | PY - Payroll | 2736257 | | MTC | ~20040411 To 20040417 | $8.63 | $0.00 | $0.00 | $0.00 |
| 20040429 22:30 | CN - Canteen | 2738073 | | MTC | ~Canteen Date : 20040429 | $0.00 | $2.03 | $0.00 | $0.00 |
| 20040506 22:30 | CN - Canteen | 2768102 | | MTC | ~Canteen Date : 20040506 | $0.00 | $6.52 | $0.00 | $0.00 |
| 20040512 23:02 | PY - Payroll | 2793753 | | MTC | ~20040425 To 20040501 | $8.63 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2795104 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040513 22:30 | CN - Canteen | 2811545 | | MTC | ~Canteen Date : 20040513 | $0.00 | $8.79 | $0.00 | $0.00 |
| 20040519 23:02 | PY - Payroll | 2836914 | | MTC | ~20040502 To 20040508 | $9.75 | $0.00 | $0.00 | $0.00 |
| 20040520 22:30 | CN - Canteen | 2840260 | | MTC | ~Canteen Date : 20040520 | $0.00 | $3.44 | $0.00 | $0.00 |
| 20040526 23:02 | PY - Payroll | 2866363 | | MTC | ~20040509 To 20040515 | $9.75 | $0.00 | $0.00 | $0.00 |
| 20040527 22:30 | CN - Canteen | 2871427 | | MTC | ~Canteen Date : 20040527 | $0.00 | $16.03 | $0.00 | $0.00 |
| 20040602 23:02 | PY - Payroll | 2889676 | | MTC | ~20040516 To 20040522 | $11.63 | $0.00 | $0.00 | $0.00 |
| 20040603 15:19 | CI - Transfer from Club to Inmate A/c | 2892711 | | MTC | ~5/27/04 CANT REFUND--M13760 LEMAY,THOMAS PERSONAL--KCN WASH ACCOUNT-- Z5 | $16.03 | $0.00 | $0.00 | $0.00 |
| 20040604 22:30 | CN - Canteen | 2900391 | | MTC | ~Canteen Date : 20040604 | $0.00 | $8.17 | $0.00 | $0.00 |
| 20040609 23:02 | PY - Payroll | 2922341 | | MTC | ~20040523 To 20040529 | $10.13 | $0.00 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2924938 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040611 08:43 | CN - Canteen | 2944055 | | MTC | ~Canteen Date : 20040610 | $0.00 | $19.35 | $0.00 | $0.00 |
| 20040616 23:02 | PY - Payroll | 2968934 | | MTC | ~20040530 To 20040605 | $9.75 | $0.00 | $0.00 | $0.00 |
| 20040617 22:30 | CN - Canteen | 2973633 | | MTC | ~Canteen Date : 20040617 | $0.00 | $10.94 | $0.00 | $0.00 |
| 20040623 23:02 | PY - Payroll | 2997718 | | MTC | ~20040606 To 20040612 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20040624 22:30 | CN - Canteen | 3003662 | | MTC | ~Canteen Date : 20040624 | $0.00 | $8.78 | $0.00 | $0.00 |
| 20040630 23:02 | PY - Payroll | 3026415 | | MTC | ~20040613 To 20040619 | $9.75 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20041202 13:18

| | | |
|---|---|---|
| Commit# : | M13760 | Page : 2 |
| Name : | LEMAY, THOMAS, , | MASS. TREATMENT CENTER |
| Inst : | MASS. TREATMENT CENTER | Statement From 20040401 |
| Block : | A2 | To 20041202 |
| Cell/Bed : | 025 /B | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040701 22:30 | CN - Canteen | 3029458 | | MTC | ~Canteen Date : 20040701 | $0.00 | $15.66 | $0.00 | $0.00 |
| 20040707 23:03 | PY - Payroll | 3055371 | | MTC | ~20040620 To 20040626 | $9.75 | $0.00 | $0.00 | $0.00 |
| 20040708 22:30 | CN - Canteen | 3060109 | | MTC | ~Canteen Date : 20040708 | $0.00 | $11.34 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3072983 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040714 23:03 | PY - Payroll | 3100269 | | MTC | ~20040627 To 20040703 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20040715 22:30 | CN - Canteen | 3104586 | | MTC | ~Canteen Date : 20040715 | $0.00 | $17.56 | $0.00 | $0.00 |
| 20040721 23:02 | PY - Payroll | 3128879 | | MTC | ~20040704 To 20040710 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20040722 22:30 | CN - Canteen | 3133500 | | MTC | ~Canteen Date : 20040722 | $0.00 | $4.16 | $0.00 | $0.00 |
| 20040727 11:14 | EX - External Disbursement | 3143891 | 93150 | MTC | ~FHS | $0.00 | $3.35 | $0.00 | $0.00 |
| 20040728 23:03 | PY - Payroll | 3156787 | | MTC | ~20040711 To 20040717 | $4.88 | $0.00 | $0.00 | $0.00 |
| 20040729 22:30 | CN - Canteen | 3162581 | | MTC | ~Canteen Date : 20040729 | $0.00 | $4.90 | $0.00 | $0.00 |
| 20040805 22:30 | CN - Canteen | 3191426 | | MTC | ~Canteen Date : 20040805 | $0.00 | $4.82 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3207073 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 23:02 | PY - Payroll | 3229129 | | MTC | ~20040725 To 20040731 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20040812 22:30 | CN - Canteen | 3233419 | | MTC | ~Canteen Date : 20040812 | $0.00 | $12.29 | $0.00 | $0.00 |
| 20040813 08:47 | ML - Mail | 3235877 | | STH | ~MONEY ORDER 06637595444 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040813 08:47 | TI - Transfer from Institution | 3235881 | | STH | ~Associate Receipt Number is 3235877 | $0.00 | $25.00 | $0.00 | $0.00 |
| 20040813 08:47 | TI - Transfer from Institution | 3235882 | | MTC | ~Associate Receipt Number is 3235877 | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:02 | PY - Payroll | 3257946 | | MTC | ~20040801 To 20040807 | $12.38 | $0.00 | $0.00 | $0.00 |
| 20040819 22:30 | CN - Canteen | 3262841 | | MTC | ~Canteen Date : 20040819 | $0.00 | $34.61 | $0.00 | $0.00 |
| 20040825 23:02 | PY - Payroll | 3286346 | | MTC | ~20040808 To 20040814 | $9.75 | $0.00 | $0.00 | $0.00 |
| 20040826 22:30 | CN - Canteen | 3289664 | | MTC | ~Canteen Date : 20040826 | $0.00 | $10.81 | $0.00 | $0.00 |
| 20040901 23:03 | PY - Payroll | 3314500 | | MTC | ~20040815 To 20040821 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20040902 22:30 | CN - Canteen | 3317894 | | MTC | ~Canteen Date : 20040902 | $0.00 | $4.61 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3333353 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040909 22:30 | CN - Canteen | 3359569 | | MTC | ~Canteen Date : 20040909 | $0.00 | $3.39 | $0.00 | $0.00 |
| 20040910 09:28 | ML - Mail | 3362994 | | STH | ~RICHARD LEMAY | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040910 09:28 | TI - Transfer from Institution | 3362995 | | STH | ~Associate Receipt Number is 3362994 | $0.00 | $100.00 | $0.00 | $0.00 |
| 20040910 09:28 | TI - Transfer from Institution | 3362996 | | MTC | ~Associate Receipt Number is 3362994 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040916 22:30 | CN - Canteen | 3389675 | | MTC | ~Canteen Date : 20040916 | $0.00 | $48.67 | $0.00 | $0.00 |
| 20040921 09:06 | ML - Mail | 3400070 | | STH | ~RICHARD LEMAY | $100.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20041202 13:18**

| | | | | |
|---|---|---|---|---|
| Commit# : | M13760 | **MASS. TREATMENT CENTER** | | Page : 3 |
| Name : | LEMAY, THOMAS, , | Statement From | 20040401 | |
| Inst : | MASS. TREATMENT CENTER | To | 20041202 | |
| Block : | A2 | | | |
| Cell/Bed : | 025 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040921 09:06 | TI - Transfer from Institution | 3400072 | | MTC | ~Associate Receipt Number is 3400070 | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040921 09:06 | TI - Transfer from Institution | 3400071 | | STH | ~Associate Receipt Number is 3400070 | $0.00 | $100.00 | $0.00 | $0.00 |
| 20040923 22:30 | CN - Canteen | 3418544 | | MTC | ~Canteen Date : 20040923 | $0.00 | $47.59 | $0.00 | $0.00 |
| 20040929 11:24 | CI - Transfer from Club to Inmate A/c | 3432405 | | MTC | ~CANTEEN REFUND 9/23/04~M13760 LEMAY,THOMAS PERSONAL~KCN WASH ACCOUNT - Z5 | $18.50 | $0.00 | $0.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3445200 | | MTC | ~Canteen Date : 20040930 | $0.00 | $42.97 | $0.00 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3478029 | | MTC | ~Canteen Date : 20041007 | $0.00 | $18.36 | $0.00 | $0.00 |
| 20041013 16:58 | IS - Interest | 3498694 | | MTC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041014 22:30 | CN - Canteen | 3525815 | | MTC | ~Canteen Date : 20041014 | $0.00 | $20.68 | $0.00 | $0.00 |
| 20041019 14:32 | EX - External Disbursement | 3537923 | 95027 | MTC | ~FHS | $0.00 | $2.75 | $0.00 | $0.00 |
| 20041019 14:32 | MA - Maintenance and Administration | 3537924 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041021 22:30 | CN - Canteen | 3556985 | | MTC | ~Canteen Date : 20041021 | $0.00 | $37.91 | $0.00 | $0.00 |
| 20041029 08:56 | ML - Mail | 3589405 | | STH | ~RICHARD L. | $200.00 | $0.00 | $0.00 | $0.00 |
| 20041029 08:56 | TI - Transfer from Institution | 3589406 | | STH | ~Associate Receipt Number is 3589405 | $0.00 | $200.00 | $0.00 | $0.00 |
| 20041029 08:56 | TI - Transfer from Institution | 3589407 | | MTC | ~Associate Receipt Number is 3589405 | $200.00 | $0.00 | $0.00 | $0.00 |
| 20041104 22:30 | CN - Canteen | 3620120 | | MTC | ~Canteen Date : 20041104 | $0.00 | $43.54 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3644490 | | MTC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041111 22:30 | CN - Canteen | 3667870 | | MTC | ~Canteen Date : 20041111 | $0.00 | $17.84 | $0.00 | $0.00 |
| 20041116 10:08 | EX - External Disbursement | 3682028 | 95712 | MTC | ~FHS | $0.00 | $8.25 | $0.00 | $0.00 |
| 20041116 10:08 | MA - Maintenance and Administration | 3682029 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041118 22:30 | CN - Canteen | 3700103 | | MTC | ~Canteen Date : 20041118 | $0.00 | $79.31 | $0.00 | $0.00 |
| 20041124 22:30 | CN - Canteen | 3723213 | | MTC | ~Canteen Date : 20041124 | $0.00 | $24.54 | $0.00 | $0.00 |
| 20041129 13:24 | IC - Transfer from Inmate to Club A/c | 3734754 | | MTC | ~816,819~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $2.60 | $0.00 | $0.00 |
| | | | | | | $1,090.73 | $1,081.77 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $23.15 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : **20041202 13:18**

Page : 4

| | | |
|---|---|---|
| Commit# : | M13760 | **MASS. TREATMENT CENTER** |
| Name : | LEMAY, THOMAS, , | Statement From 20040401 |
| Inst : | MASS. TREATMENT CENTER | To 20041202 |
| Block : | A2 | |
| Cell/Bed : | 025 /B | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $23.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |