UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

```
_____ )
                                      )
THOMAS C. LEMAY, Pro Se               )
                                      )
        PLAINTIFF,                    )
                                      )
             -AGAINST-                )
                                      )
KATHLEEN M. DONNEHY, COMMISSIONER     )
ROBERT MURPHY, SUPERINTENDANT         )
Sgt. PHIL CANE, TRAINING OFFICER      )
JOHN DOE NO. 1, OFFICER               )
JOHN DOE NO. 2, OFFICER               )
                                      )
        DEFENDANTS,                   )
_____ )
```

## MOTION FOR APPOINTMENT OF COUNSEL

NOW COMES THE PLAINTIFF THOMAS C. LEMAY, Pro Se, IN THE ABOVE ENTITLED MATTER, AND MOVES THAT THIS HONORABLE COURT TO APPOINT THE PLAINTIFF AN ATTORNEY TO REPRESENT HIM IN THIS ACTION, THE PLAINTIFF REQUEST THAT THIS HONORABLE COURT GRANT THIS MOTION FOR THE FOLLOWING REASONS:

1. THE PLAINTIFF IS INDIGENT AND WITHOUT FUNDS TO PAY FOR COUNSEL.

2. THE ISSUES IN THIS ACTION ARE COMPLEX.

3. PLAINTIFF HAS LITTLE KNOWLEDGE OF THE LAWS.

4. THE ENDS OF JUSTICE WOULD BE BEST SERVED IF COUNSEL WAS APPOINTED TO REPRESENT THE PLAINTIFF IN THIS ACTION

DATED:   DECEMBER 14, 2004

*Thomas C. LeMay*
THOMAS C. LEMAY, pro se
30 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324