UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

```
                                            )
THOMAS C. LEMAY, Pro Se                     )
                                            )
          PLAINTIFF,                        )
                                            )
                  -AGAINST-                 )
                                            )
KATHLEEN M. DONNEHY, COMMISSIONER           )
ROBERT MURPHY, SUPERINTENDENT               )
Sgt. PHIL CANE, TRAINING OFFICER            )
JOHN DOE NO. 1,  OFFICER                    )
JOHN DOE NO. 2,  OFFICER                    )
                                            )
          DEFENDANTS,                       )
                                            )
```

**04-1267**

PRELIMINARY STATEMENT

THIS IS A CIVIL RIGHTS ACTION FILED BY THOMAS C. LEMAY, A CIVIL PATIENT IN A STATE PRISON, FOR DAMAGES AND INJUNCTION RELIEF UNDER 42 U.S.C. ss 1983, ALLEGING SEXUAL HARASSMENT, MENTAL ANGUISH, HUMILIATION, DEGRADING AND DEHUMANIZING, AND THE RISK TO THE PLAINTIFF HEALTH AND FUTURE HEALTH, IN VIOLATION OF THE EIGHT AND FOURTH AMENDMENT TO THE UNITED STATES CONSTITUTION,AND PATIENTS RIGHTS.

JURISDICTION

1.  THE COURT HAS JURISDICTION OVER THE PLAINTIFF'S CLAIMS OF VIOLATIONS OF FEDERAL CONTITUTIONAL RIGHTS UNDER U.S.C. ss 1331(a) AND 1343.

2.    THE COURT HAS SUPPLEMENTAL JURISDICTION OVER
      PLAINTIFFS STATE LAW TORT CLAIMS UNDER 28 U.S.C. ss
      1367.

PARTIES

3.    THE PLAINTIFF, THOMAS C. LEMAY IS A 57 YEAR OLD
      PATIENT INCARCERATED IN A DEPARTMENT OF CORRECTIONS
      FACILITY AT THE NEWMANSKET CORRECTIONAL FACILITY
      (MA. TREATMENT CENTER) IN BRIDGEWATER, MA. DURING
      THE EVENTS DESCRIBED IN THIS COMPLAINT.

4.    DEFENDANT KATHLEEN M. DONNEHY, IS THE COMMISSIONER
      OF THE DEPARTMENT OF CORRECTIONS IN MASSACHUSETTS,
      AND IS A CITIZEN OF THE UNITED STATES AND BEING SUED
      IN HER INDIVIDUAL/OFFICIAL CAPACITY.

5.    THE DEFENDANT ROBERT MURPHY, IS THE SUPERINTENDENT
      OF NEWMANSKET CORRECTIONAL FACILITY, (MA. TREATMENT
      CENTER) IN BRIDGEWATER, MA., AND IS A CITIZEN OF THE
      UNITED STATES AND IS BEING SUED IN HIE INDIVIDUAL
      AND OFFICIAL CAPACITY.

6.    THE DEFENDANT SERGEANT PHIL CANE, IS THE TRAINING
      OFFICER AT THE NEWMANSKET CORRECTIONAL FACILITY,
      (MA. TREATMENT CENTER) IN BRIDGEWATER, MA. AND IS A

CITIZEN OF THE UNITED STATES, AND IS BEING SUED IN HIS INDIVIDUAL/OFFICIAL CAPACITY.

7.    THE DEFENDANT JOHN DOE NO. 1, IS AN OFFICER ON THE
      11-3 SHIFT AT THE NEWMANSKET CORRECTIONAL FACILITY,
      (MA. TREATMENT CENTER) IN BRIDGEWATER, MA. AND WAS
      AND IN NOT WEARING A NAME TAG. IS A CITIZEN OF THE
      UNITED STATES AND IS BEING SUED IN HIS INDIVIDUAL /
      OFFICIAL CAPACITY.

8.    THE DEFENDANT JOHN DOE NO. 2, IS AN OFFICER ON THE
      11-3 SHIFT AT THE NEWMANSKET CORRECTIONAL FACILITY
      (MA. TREATMENT CENTER) IN BRIDGEWATER, MA. AND IS A
      CITIZEN OF THE UNITED STATES, AND IS BEING SUED IN
      HIS INDIVIDUAL/OFFICIAL CAPACITY.

9.    THE DEFENDANT JOHN DOE NO. 3, THE SHIFT COMMANDER AT
      THE NEWMANSKET CORRECTIONAL FACILITY, (MA. TREATMENT
      CENTER) IN BRIDGEWATER, MA. DURING THE EVENTS
      DESCRIBED IN THIS COMPLAINT. NAME NOT KNOWN, IS A
      CITIZEN OF THE UNITED STATES, AND IS BEING SUED IN
      HIS INDIVIDUAL/OFFICIAL CAPACITY.

10.   ALL THE DEFENDANTS HAVE ACTED, AND CONTINUE TO ACT,
      UNDER THE COLOR OF STATE LAW AT ALL TIMES RELEVANT
      TO THIS COMPLAINT.

( 3 )

FACTS

11.    ON OR ABOUT SEPTEMBER 8, 2003, THE PLAINTIFF WAS
       REMOVED FROM GENERAL POPULATION AT THE NEWMANSKET
       CORRECTIONAL FACILITY, (MA. TREATMENT CENTER) IN
       BRIDGEWATER, MA. AND PLACED IN A CELL IN NEW MANS
       SECTION OF THE FACILITY. THIS WAS AROUND 1:30 A.M.
       AND WAS HAND CUFFED BEHIND HIS BACK AND LED DOWN TO
       THAT SECTION. FOR A URINE TEST.

12.    THE PLAINTIFF LEMAY WAS ORDERED TO STRIP ALL HIS
       CLOTHS OFF AND INCLUDING HIS SHOES, AND TO STAND
       THEIR NAKED, THE PLAINTIFF NOTICED THAT HE WAS
       STANDING IN SOMEONE-ELSE URINE, AND REQUESTED TO PUT
       HIS FOOT WEAR BACK ON SO HE WOULD NOT CATCH A
       DISEASE, AND WAS TOLD BY JOHN DOE NO. 1, TO SHUT UP
       AND URINATE IN THE CUP THE SERGEANT JUST HANDED TO
       THE PLAINTIFF. THAT WAS THE TRAINING OFFICER PHIL
       CANE.

13.    THE SERGEANT AND JOHN DOE NO. 1, AND JOHN DOE NO. 2,
       DISREGARDED THE EXCESSIVE RISK TO THE PLAINTIFFS
       HEALTH AND SAFETY, AND THE IMPENDING HARM WAS EASILY
       PREVENTABLE TO THE PLAINTIFFS FUTURE HEALTH. IT WAS
       OBVIOUS THEY HAD ACTUAL KNOWLEDGE OF IMPENDING HARM
       EASILY PREVENTABLE, SERIOUS DAMAGE TO THE PLAINTIFFS
       FUTURE HEALTH IS ACTIONABLE, AND THE DELIBERATE
       INDIFFERENCE, OFFICERS BAD MOTIVES AND ATTITUDES,

( 4 )

THEY FAILED TO RESPOND REASONABLE TO A KNOWN RISK TO THE PLAINTIFFS HEALTH, AND FUTURE HEALTH.

14. THE PLAINTIFF WAS VIEWED UNNECESSARILY IN THE NUDE WHILE PREFORMING PRIVATE BODILY FUNCTION BY THREE MALE CORRECTIONAL OFFICERS AT THE NEWMANSKET CORRECTIONAL FACILITY, (MA. TREATMENT CENTER) IN BRIDGEWATER, MA. BY SERGEANT PHIL CANE, JOHN DOE NO. 1, AND JOHN DOE NO. 2..

15. WHILE THE PLAINTIFF STOOD NAKED IN THE DOOR WAY OF A CELL, SGT. CANE WENT BACK DOING HIS PAPER WORK AFTER HANDING THE PLAINTIFF A CUP TO URINATE IN, AND DEFENDANT JOHN DOE NO. 1, PULLED A CHAIR AND SAT IN THE CHAIR JUST FOUR FEET FROM THE PLAINTIFFS BODY, AT WAIST HIGH, AND JOHN DOE NO. 2, STOOD ON HIS RIGHT SIDE BY THE CHAIR. AS JOHN DOE NO. 1, TOLD THE PLAINTIFF TO FACE THE OFFICER WHILE THE PLAINTIFF TRIED TO URINATE IN THE CUP, (REMEMBER) JOHN DOE NO. 1, IS A WAIST HIGH AND FOUR FEET FROM THE PLAINTIFF.

16. AS THE PLAINTIFF TURNED TO FACE THE OFFICERS, DEFENDANT JOHN DOE NO. 1, BEGAN TO POINT AT THE PLAINTIFFS PENIS, AND GIGGLED LIKE A LITTLE GIRL, AND JOHN DOE NO. 2, BEGAN TO LAUGH ALSO, AS THEY GLARED AT THE PLAINTIFF AND MAKING JESTERS AND

POINTING AND LAUGHING AT THE PLAINTIFF HE FELT HE
WAS IN A STRIP CLUB FOR HOMOSEXUAL ON A STAGE FOR
THEIR SEXUAL PLEASURE.

17. Sgt. PHIL CANE, THE TRAINING OFFICER FOR THE
FACILITY DID NOTHING TO STOP THE SEXUAL HARASSMENT
BY JOHN DOE NO. 1, AND JOHN DOE NO. 2, THERE WAS NO
PROFESSIONALISM, NO STANDARD OF DECENCY THAT
MORNING, ONLY THE SEXUAL HARASSMENT, DEMEANING,
HUMILIATION, EMBARRASSMENT, DEHUMANIZING OF THE
PLAINTIFF, AS THEY WATCHED THE PLAINTIFF TRY TO
URINATE IS A CUP.

18. THE DEFENDANTS ACTED INTENTIONALLY TO DEPRIVE THE
PLAINTIFF OF HIS FOURTH AND EIGHTH AMENDMENT RIGHTS
UNDER THE CONSTITUTIONAL OF THE UNITED STATES. THEY
ACTED RECKLESS, DISREGARD OR WITH CALLOUS
INDIFFERENCE TO THE PLAINTIFF. AND THE DEFENDANTS
CARRIED OUT LAWFUL ACTIVITIES WITH UNNECESSARY
HARSHNESS, OR ABUSED THEIR OFFICIAL POWER, AND TOOK
UNFAIR ADVANTAGE OF THE PLAINTIFF.

19. THE ACTIONS BY THE DEFENDANTS, SgT. PHIL CANE, JOHN
DOE NO. 1, AND JOHN DOE NO. 2, IN SEXUALLY HARASSING
THE PLAINTIFF LEMAY, WITHOUT THE NEED OR
PROVOCATION, OR FAILING TO INTERVENE TO PREVENT THE

MISUSE    OF    POWER,    WERE    DONE    MALICIOUSLY    AND
SADISTICALLY    AND    CONSTITUTED    CRUEL    AND    UNUSUAL
PUNISHMENT  IN  VIOLATION  OF  THE  EIGHTH  AMENDMENT  OF
THE UNITED STATES CONSTITUTION.

20.    THE DEFENDANT, KATHLEEN M. DONNEHY IS THE DEFENDANTS
       SUPERIOR.

21.    THE DEFENDANT, ROBERT MURPHY IS THE DEFENDANTS Sgt.
       PHIL  CANE,   JOHN  DOE  NO.  1,  AND  JOHN  DOE  NO.  2's
       SUPERVISOR  AND  RESPONSIBLE    FOR    THEIR  ACTIONS  AND
       TRAINING.

CLAIMS FOR RELIEF

22.    THE FAILURE OF DEFENDANT PHIL CANE TO TAKE  ACTION  TO
       CURB  THE  HEALTH  RISK TO THE PLAINTIFF AND REMOVE THE
       PLAINTIFF FROM STANDING IN SOMEONE-ELSE  URINE  ON  THE
       FLOOR  WHERE  THE  PLAINTIFF  WAS  MADE  TO STAND NAKED,
       AND  PREVENT  THE  PLAINTIFF    FROM    THE    DANGER  OF  A
       HEALTH RISK BY SOME DISEASE BEING IN THAT URINE.

23.    THE  FAILURE  OF Sgt. PHIL CANE TO STOP  THE   SEXUAL
       HARASSMENT,  HUMILIATION,  DEHUMANIZING  AND  DEMEANING
       OF  THE PLAINTIFF. THE TAUNTING  AND  REMARKS  POINTING

AND GIGGLING AND LAUGHING AT THE PLAINTIFF PENIS AND
BODY. BY JOHN DOE NO.1, AND NO. 2.

**WHEREFORE.** THE PLAINTIFF REQUEST THAT THE COURT GRANT THE
FOLLOWING RELIEF:

A.    ISSUE A DECLARATORY JUDGMENT STATING THAT:

1.    THE    SEXUAL    HARASSMENT    TO    THE
PLAINTIFF BY THE DEFENDANTS JOHN DOE
NO. 1, AND JOHN DOE NO. 2, VIOLATED
THE    PLAINTIFFS    RIGHTS    UNDER    THE
EIGHTH    AMENDMENT    TO    THE    UNITED
STATES CONSTITUTION    AND    CONSTITUTED
SEXUAL    HARASSMENT    UNDER    STATE LAW.

2.    THE    DEFENDANT    JOHN    DOE    NO. 3,
FAILURE    TO    FILE    THE    GRIEVANCE    IN
THIS CASE AND STATED THAT IT WOULD
BE    IN    THE    PLAINTIFF    BEST    INTEREST
NOT    TO    FILE    THIS    GRIEVANCE,
VIOLATION    OF    THE    PLAINTIFF    DUE
PROCESS    RIGHTS    UNDER    THE
CONSTITUTION OF THE UNITED STATES.

B.    ISSUE AN INJUNCTION ORDERING DEFENDANTS, Sgt. PHIL CANE, JOHN DOE NO. 1, AND JOHN DOE NO. 2, TO HAVE NO CONTACT WITH THE PLAINTIFF WITHOUT A SENIOR OFFICER PRESENT AND STOP THE HARASSMENT AND THE RETALIATION WHICH MAY COME FOR THE PLAINTIFF FILLING THIS COMPLAINT ON HIS CONSTITUTIONAL RIGHTS BEING VIOLATED.

C.    ISSUE AN ORDER TO THE MASSACHUSETTS ATTORNEY GENERAL TO APPOINT AN INDEPENDENT AGENCY TO CONDUCT A POLYGRAPH EXAM ON THE PLAINTIFF AND THE DEFENDANTS TO FIND THE TRUTH OF THIS COMPLAINT.

D.    AWARD COMPENSATORY DAMAGES IN THE FOLLOWING AMOUNTS:

400,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS PHIL CANE, JOHN DOE NO. 1, AND JOHN DOE NO. 2, FOR THE RICK OF DISEASE AND FUTURE HEALTH OF THE PLAINTIFF.

20,000 JOINTLY AND SEVERALLY AGAINST DEFENDANTS KATHLEEN M. DONNEHY, AND ROBERT MURPHY FOR THEIR LACK OF INTEREST IN THE TRAINING OF THEIR MEMBERS OF CORRECTIONS.

E.    AWARD PUNITIVE DAMAGES IN THE FOLLOWING
AMOUNTS:

$50,000 AGAINST DEFENDANT PHIL CANE, THE
TRAINING OFFICER FOR THE FACILITY, FOR
ALLOWING THE ABUSE TO CONTINUE AGAINST THE
PLAINTIFF LEMAY.

$90,000 EACH AGAINST DEFENDANTS, WHO WERE
NOT WEARING THEIR NAME TAGS AND NAMES AS
JOHN DOE NO. 1, AND JOHN DOE NO.2 IN THIS
COMPLAINT FOR THEIR ACTIONS OF SEXUAL
HARASSMENT AND ABUSE OF THE PLAINTIFF.

$10,000 ON DEFENDANT NOT NAMES IN THIS
COMPLAINT AS HE WAS THE SHIFT COMMANDER ON
THAT DAY THE PLAINTIFF FILED HIS GRIEVANCE
AND TELLING THE PLAINTIFF HE WILL NOT
ACCEPT THE GRIEVANCE BECAUSE IT WOULD BE
IN THE PLAINTIFFS BEST INTEREST NOT TO
FILE IT.

$20,000 EACH AGAINST DEFENDANTS KATHLEEN
M. DONNEHY AND ROBERT MURPHY FOR THEIR
FAILURE TO SUPERVISE THE TRAINING OF THEIR
MEMBER OF THE DEPARTMENT OF CORRECTIONS IN
A PROPER MANNER.

F.        AND ALLOW THE COURT TO GRANT SUCH OTHER
          RELIEF AS IT MAY APPEAR THAT PLAINTIFF IS
          ENTITLED.

DATED: *December 14*, 2004

RESPECTFULLY SUBMITTED,

THOMAS CHARLES LEMAY, PRO SE
NEWMANSKET CORRECTIONAL FACILITY
MASSACHUSETTS TREATMENT CENTER
30 ADMINISTRATION ROAD
BRIDGEWATER, MASSACHUSETTS 02324

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

```
_____
                                 )
THOMAS CHARLES LEMAY, Pro Se      )
                                 )
        PLAINTIFF,                )
                                 )
        -AGAINST-                 )
                                 )
KATHLEEN M. DONNEHY, COMMISSIONER )
ROBERT MURPHY, SUPERINTENDENT      )
Sgt. PHIL CANE, TRAINING OFFICER   )
JOHN DOE NO. 1,  OFFICER          )
JOHN DOE NO. 2,  OFFICER          )
                                 )
        DEFENDANTS,               )
_____ )
```

## MOTION FOR A COURT ORDER

NOW COMES THE PLAINTIFF, THOMAS C. LEMAY, Pro Se, AND MOVES THAT THIS HONORABLE FEDERAL COURT TO GRANT A COURT ORDER DIRECTING DEFENDANT ROBERT MURPHY, THE SUPERINTENDENT OF THE NEWMANSKET CORRECTIONAL FACILITY, (MA. TREATMENT CENTER), TO REVILE THE NAMES OF THE DEFENDANTS JOHN DOE NO. 1, AND JOHN DOE NO. 2,

IT'S A MATTER OF RECORDS IN THE DEPARTMENT OF CORRECTIONS TO KEEP THE NAME'S AND TIME OF INTERACTION WITH INMATES AT ALL TIMES, THIS WAS A URINE TEST DONE ON OR ABOUT SEPTEMBER 8, 2003.

WHEREFORE: THE PLAINTIFF LEMAY PRAYS THAT THIS HONORABLE COURT GRANT THIS COURT ORDER DIRECTING THE SUPERINTENDENT MURPHY TO PRODUCE THE NAMES OF THESE TWO DEFENDANTS, SO THIS CASE CAN MOVE ALONG.

( 1 )

DATED: *December 14,* 2004


RESPECTFULLY SUBMITTED,



THOMAS CHARLES LEMAY, PRO SE
30 ADMINISTRATION ROAD
MA. TREATMENT CENTER
NEWMANSKET CORRECTIONAL FACILITY
BRIDGEWATER, MASSACHUSETTS 02324

( II )