UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LEMAY,
        Plaintiff,

v.                                                       Civil Action No. 04-12676-REK

KATHLEEN M. DENNEHY, et al.,
        Defendants.

ORDER ON APPLICATIONS TO
PROCEED IN FORMA PAUPERS

Now before the Court are plaintiff's application to proceed in forma pauperis (Docket No. 1) and motion for waiver of filing fee and to proceed in forma pauperis (Docket No. 2) under 28 U.S.C. § 1915:

The application and motion to proceed in forma pauperis are:

☒    GRANTED.

G    DENIED for the following reason(s):

☒    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

G    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

1/12/05                                           /s/ Robert E. Keeton
DATE                                              SENIOR UNITED STATES DISTRICT JUDGE