U.S. Department of Justice     **PROCESS RECEIPT AND RETURN**
United States Marshals Service     *See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

Case 1:04-cv-12676-REK    Document 8    Filed 02/15/2005    Page 1 of 2

| | | |
|---|---|---|
| PLAINTIFF | Thomas Charles LeMay | COURT CASE NUMBER<br>C.A. No. 04-12676-REK |
| DEFENDANT | Sgt. Phil Cane | TYPE OF PROCESS<br>Civil Action |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sgt. Phil Cane, Training Officer, Treatment Center

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts 02324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas C. LeMay
30 Administration Road
Bridgewater, Ma. 02324

| | |
|---|---|
| Number of process to be served with this Form - 285 | (1) |
| Number of parties to be served in this case | (3) |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

In Bridgewater, Mass. on Route 24, turn onto access road and go ¼ mile and turn right onto Administration Road and go ½ mile and its the only facility on the right side of Administration Road, well marked Treatment Center.

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT

*Thomas C. LeMay Pro Se*     TELEPHONE NUMBER: —     DATE: 1/20/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | [signature] | 1/24/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served (if not shown above): JESSICA DITRA ADMIN ASSIST

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): 

Date of Service: 2/7/05    Time: 9:05 am

Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | 45.00 | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Thomas C. LeMay,
Plaintiff,

V.

Kathleen M. Dennehy, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C.A. No. 04-12676-REK

TO: (Name and address of Defendant)

Sgt. Phil Cane

Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts
02324

Business

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas C. LeMay, pro se

Massachusetts Treatment Center
30 Administration Road
Bridgewater, Massachusetts
02324

Confinement

an answer to the complaint which is herewith served upon you, within ____20 (twenty)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

William Ruane, Acting Clerk                           1/13/05
CLERK                                                DATE

(By) DEPUTY CLERK