U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Thomas Charles LeMay | C.A. No. 04-12676-REK |
| DEFENDANT | TYPE OF PROCESS |
| Kathleen M. Dennehy, Commissioner | Civil Case |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Kathleen M. Dennehy, Commissioner of Corrections

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Department of Corrections, 50 Maple St. Suite 3, Milford, Ma.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Thomas C. LeMay
30 Administration Road
Bridgewater, ma. 02324

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

At The Department of Corrections Headquarters in Milford, Massachusetts

SERVE AT: 70 FRANKLIN ST., SUITE 600 BOSTON, MA

Signature of Attorney or other Originator requesting service on behalf of:
Thomas C. LeMay Pro Se    ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER    DATE 1/20/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin: No. 38
District to Serve: No. 38
Signature of Authorized USMS Deputy or Clerk
Date: 1/27/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): SARA ST JON. Receptionist

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 9/8/05   Time: 2:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 67.50 | — | — | 67.50 | | | |

REMARKS: 1½ hr.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Massachusetts _____

Thomas C. LeMay,
Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

Kathleen M. Dennehy, et al.,
Defendants.

CASE NUMBER: C.A. No. 04-12676-REK

TO: (Name and address of Defendant)

Kathleen M. Dennehy, Commissioner
Department of Corrections/Central Headquarters
50 Maple Street, Suite 3
Milford, Massachusetts 01757-3698       Buniness

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas C. LeMay, pro se
Massachusetts Treatment Center
30 Administration Road                  Confinement
Bridgewater, Massachusetts
       02324

an answer to the complaint which is herewith served upon you, within ____20 (twenty)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

William Ruane, Acting Clerk _____            _____ 1/13/05 _____
CLERK                                                    DATE

(By) DEPUTY CLERK