UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,                           No. 04-cv-12676-REK

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al,

    Defendants.


NOTICE OF APPEARANCE

    Notice is hereby given that undersigned counsel enters his appearance for Kathleen Dennehy, Robert Murphy, and Phillip Kane, defendants herein.

                    Respectfully submitted,

                    NANCY ANKERS WHITE
                    Special Assistant Attorney General


Date: February 25, 2005        __/s/ DAVID J. RENTSCH_____
                    David J. Rentsch, Counsel
                    Legal Division
                    Department of Correction
                    70 Franklin Street, Suite 600
                    Boston, MA  02110-1300
                    (617) 727-3300, ext. 142
                    BBO #544926