UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,                                No. 04-cv-12676-REK

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al,

    Defendants.

### MOTION FOR EXEMPTION FROM LR 7.1 REQUIRING MOTION CONFERENCE

The below-named defendants, through their counsel, respectfully request that this Court exempt them from the requirements of LR 7.1(A)(2) for all motions which may be filed in this matter. In support, counsel states that the _pro se_ plaintiff resides at the Massachusetts Treatment Center where he was civilly committed pursuant to Mass. G.L. c. 123A. Attempts to confer with the plaintiff prior to filing of motions would be unduly burdensome, create unnecessary delays, and serve no useful purpose.

    KATHLEEN DENNEHY, ROBERT MURPHY,
    and PHILLIP KANE

    By their attorney,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

Date: February 25, 2005    __/s/ DAVID J. RENTSCH_____
    David J. Rentsch, Counsel
    Legal Division
    Department of Correction
    70 Franklin Street, Suite 600
    Boston, MA  02110-1300
    (617) 727-3300, ext. 142
    BBO #544926