```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

THOMAS C. LeMAY,                              No. 04-cv-12676-REK

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al,

    Defendants.

## MOTION TO ENLARGE TIME

The below-named defendants hereby move this Court to enlarge the time to respond to the complaint against them, up to and including March 25, 2005. In support, counsel states that this case was just recently assigned to him, and he will need additional time to investigate and respond to the allegations in the plaintiff's pro se pleadings.

                                      KATHLEEN DENNEHY, ROBERT MURPHY,
                                      and PHILLIP KANE

                                      By their attorney,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

Date: February 25, 2005        __/s/ DAVID J. RENTSCH_____
                                      David J. Rentsch, Counsel
                                      Legal Division
                                      Department of Correction
                                      70 Franklin Street, Suite 600
                                      Boston, MA  02110-1300
                                      (617) 727-3300, ext. 142
                                      BBO #544926