UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,                                No. 04-cv-12676-REK

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al,

    Defendants.

### CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I mailed a copy of the following papers to the plaintiff, Thomas C. LeMay, pro se by first class mail, postage pre-paid, at the Mass. Treatment Center, 30 Administration Road, Bridgewater, MA 02324:

- ?? NOTICE OF APPEARANCE;
- ?? MOTION FOR EXEMPTION FROM LR 7.1 REQUIRING MOTION CONFERENCE; and,
- ?? MOTION TO ENLARGE TIME.

                                                   NANCY ANKERS WHITE
                                                   Special Assistant Attorney General

Date: February 25, 2005          __/s/ DAVID J. RENTSCH_____
                                           David J. Rentsch, Counsel
                                           Legal Division
                                           Department of Correction
                                           70 Franklin Street, Suite 600
                                           Boston, MA  02110-1300
                                           (617) 727-3300, ext. 142
                                           BBO #544926