UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,                          No. 04-cv-12676-REK

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al,

    Defendants.

### DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), the defendants move to dismiss the complaint against them for failure to state a claim upon which relief can be granted. The reasons in support of this motion are contained in the attached memorandum of law.

        KATHLEEN DENNEHY, ROBERT MURPHY,
        and PHILLIP KANE

        By their attorney,

        NANCY ANKERS WHITE
        Special Assistant Attorney General

Date: March 22, 2005     __/s/ DAVID J. RENTSCH_____
        David J. Rentsch, Counsel
        Legal Division
        Department of Correction
        70 Franklin Street, Suite 600
        Boston, MA  02110-1300
        (617) 727-3300, ext. 142
        BBO #544926