UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LEMAY,
   PLAINTIFF,

No. 04-cv-12676-REK

v.

KATHLEEN DENNEHY, et, al,
   DEFENDANTS,

### PLAINTIFFS' MOTION NOT TO DISMISS

Now comes the Plaintiff, Thomas C. LeMay, Pro Se, in the above entitled action and prays that this Honorable Federal Court not to Dismiss his Complaint against the Defendants.

The reasons are set forth in the Plaintiffs memorandum of law in support of his Motion not to dismiss his Complaint.

Dated; March 24, 2005

Thomas C. LeMay, Pro Se
30 Administration Road
Bridgewater, Ma. 02324