UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LEMAY,
    PLAINTIFF,

V.

KATHLEEN M. DENNEHY, ET AL
    DEFENDANT

C.A. NO. 04-12676-REK

## MOTION TO COMPEL DISCOVERY

THE PLAINTIFF NOW MOVES PURSUANT TO RULES 34(B) AND 37(A), FED. R. CIV. P., FOR AN ORDER COMPELLING THE DEFENDANTS TO PRODUCE FOR INSPECTION AND COPYING THE DOCUMENTS REQUESTED ON JANUARY 12, 2005, ON A URINALYSIS TEST ON OR ABOUT JUNE 20, TO JULY 11, 2003.

RESPECTFULLY SUBMITTED,

DATED; MAY 27, 2005

THOMAS C. LEMAY, PRO SE
30 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324