UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LEMAY, PRO SE )
    PLAINTIFF, )
     )
V. )
     )   C.A. NO. 04-12676-REK
KATHLEEN M. DENNEHY, ET AL )
    DEFENDANTS. )
     )
     )

## AFFIDIAVIT IN SUPPORT OF MOTION TO COMPEL

1. I'AM THE PLAINTIFF IN THIS CASE, I MAKE THIS AFFIDIAVIT IN SUPPORT OF MY MOTION TO COMPEL DISCOVERY.

2. ON JANUARY 12, 2005, I SERVED THE DEFENDATS A REQUEST FOR INTERROGATORIES DISCOVERY TO RELEASE ALL THE NAMES OF THE FOUR (4) PERSONAL WHO TOOK PART IN THE URINALYSIS TEST ON THE PLAINTIFF ON OR ABOUT SEPTEMBER 8, 2003, A COPY OF THAT REQUEST IS INCLOSED.

3. THE PLAINTIFF DOES NOT WANT TO CONFUSE THE HONORABLE COURT OR THE ATTORNEY FOR THE DEFENDANTS, THE URINE TEST WAS DONE IN THE DAYS OF JUNE 20, 2003 TO JULY 11, 2003, BY MY STATMENT TO MY TEAM ON JULY 11, 2003.

4. THE KIND OF INFORMATION SOUGHT IS HIGHLY RELEVANT, THE EVIDENCE TO THAT EFFECT WOULD BE HIGHLY RELEVANT TO THE CLAIM OF SUPERVISORY LIABILITY AGAINST THE DEFENDANTS.

5. DISCOVERY REQUEST SHOULD BE ALLOWED "UNLESS" IT IS CLEAR THAT THE INFORMATION SOUGHT CAN HAVE NO POSSIBLE BEARING UPON THE SUBJECT MATTER OF THE ACTION.

**WHEREFORE**; THE PLAINTIFF REQUEST THAT THE COURT GRANT THIS MOTION IN ALL RESPECTS.

DATED: MAY 27, 2005

                                                                        _/s/ Thomas C. LeMay_
                                                                        THOMAS C. LEMAY, PRO SE
                                                                        30 ADMINISTRATION ROAD
                                                                        BRIDGEWATER, MA. 02324

CERTIFICATE OF SERVICE

I HEREBY STATE UNDER THE PAINS AND PENALTIES OF PERJURY THAT
I HAVE CAUSED THIS DAY OF MAY 27, 2005, SERVE A COPY OF THE
ABOVE DOCUMENT UPON THE COUNSEL OF RECORD, FOR THE COMMONWEALTH
DAVID J. RENTSCH, DEPARTMENT OF CORRECTIONS, AND A COPY TO THE
FEDERAL COURT, DISTRICT OF MASSACHUSETS, BOSTON, MASSACHUSETTS.


DATED;    MAY 27, 2005

                                              *Thomas C. LeMay*
                                              THOMAS C. LEMAY PRO SE

Thomas C. LeMay, Pro Se
Ma. Treatment Center
30 Administration Road
Bridgewater, Ma. 02324

January 12, 2005

Robert Murphy, Superintendent
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Ma. 02324

**Civil Action Number**
04-12676-REK

## INTERROGATORIES DISCOVERY

Now Comes the Plaintiff, Thomas C. LeMay, Pro Se, and moves that the Defendant Robert Murphy release all the names of the four (4) personal who were assigned to conduct urinalysis Test on the Plaintiff LeMay on or about September 8, 2003.

Any and all documents and reports concerning the Urine Test that Morning of September 8, 2003.

Please submit the names of the personal involved as soon as can be.

Thank you for e your help and time in this matter.....

_____
Thomas C. LeMay, Pro Se

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,

    Plaintiff,

v.

KATHLEEN DENNEHY, et al,

    Defendants.

No. 04-cv-12676-REK

ANSWERS TO INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Robert Murphy answers the plaintiff's "Interrogatories Discovery" (dated February 12, 2005) as follows:

Question 1

Please state the names of all personal (sic) who were assigned to conduct urinalysis Test on the Plaintiff LeMay on or about September 8, 2003.

Answer

No personnel from the Massachusetts Treatment Center were assigned to conduct urinalysis testing of Thomas LeMay on or about September 8, 2003. There is no record at this institution of any urinalysis testing of Mr. LeMay in September 2003.

Question 2

Any and all Documents and Reports concerning the Urine Test that morning of September 8, 2003. Please submit the names of the Four (4) officers involved as soon as can be.

2

Answer 2

As stated in my previous answer, there is no record that a urine test of Thomas LeMay took place in September 2003 at the Massachusetts Treatment Center. To my knowledge no officers from this facility were involved in any urinalysis testing of Mr. LeMay during the month of September 2003.

Signed under the pains and penalties of perjury on this 15th day of March, 2005.

_____
Robert Murphy, Superintendent
Massachusetts Treatment Center

Counsel for the Defendants:

_____
David J. Rentsch, Counsel
BBO#544926
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA   02110-1300
(617)727-3300, ext. 142




*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Legal Division*
*70 Franklin Street, Suite 600*
*Boston, MA 02110-1300*
*(617) 727-3300 Ext. 124*
*www.mass.gov/doc*

**Mitt Romney**
Governor

**Kerry Healey**
Lieutenant Governor

**Edward A. Flynn**
Secretary

**Kathleen M. Dennehy**
Commissioner

**James R. Bender**
Deputy Commissioner

**Nancy Ankers White**
General Counsel

March 28, 2005

Thomas C. LeMay (M13760)
Mass. Treatment Center
30 Administration Road
Bridgewater, MA  02324

**RE:    LeMay v. Dennehy, et al.**
**U.S.D.C. #04-cv-12676-REK**

Dear Mr. LeMay:

   This is in reply to your letter of March 23, 2005. My investigation of your case did not uncover any record indicating that you had urinalysis testing in either July or August 2003. Do you have some documentation that shows otherwise? If so, please send a copy to me.

   The date on which you claim that the testing took place is irrelevant with respect to our motion to dismiss. In considering the motion, we asked the Court to assume that the facts alleged in your complaint were true. Moreover, if you are claiming that your grievance was shredded, how would Superintendent Murphy or Commissioner Dennehy be expected to know about it? If your grievance never reached them, they could not have been "deliberately indifferent" to your claims.

   I suggest that we wait for the court to rule on our motion to dismiss before taking any further action in this case.

                                        Sincerely,

                                        *David J. Rentsch*
                                        David J. Rentsch
                                        Counsel

PRINTED ON RECYCLED PAPER