UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,                    No. 04-cv-12676-REK

    Plaintiff,

    v.

KATHLEEN DENNEHY, et al,

    Defendants.

### DEFENDANT MURPHY'S OPPOSITION TO THE PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendant Robert Murphy opposes the plaintiff's Motion to Compel Discovery (P#18) for the following reasons:

1. The plaintiff's affidavit (P#19) which purportedly supports his motion refers to a document entitled "INTERROGATORIES DISCOVERY" dated January 12, 2005. However, the discovery request that was served on Murphy was dated February 12, 2005. See Exhibit 1, attached.

2. Murphy's answers to the February 12 request were served on March 21, 2005. See Exhibit 2, attached.

3. To the extent that the plaintiff claims that Murphy failed to answer the January 12 request, that document was never served on him. Moreover, the earlier request appears to be virtually the same as the February 12 paper that Murphy answered. Both papers requested information, documents and reports regarding

urinalysis testing of the plaintiff on or about September 8, 2003. Murphy answered that there is no record at the Massachusetts Treatment Center of any urinalysis testing of the plaintiff on that date or anytime in September 2003. Murphy fully answered the question.

4. There is no basis for the plaintiff's motion to compel Murphy to produce documents relating to urinalysis testing of the plaintiff on a _different_ range of dates; i.e., from June 20, 2003 to July 11, 2003.

5. This Court should stay all further discovery in this case, pending a ruling on the defendants' motion to dismiss (P#14), filed on March 22, 2005.

WHEREFORE, the plaintiff's motion should be denied.

               ROBERT MURPHY,

               By his attorney,

               NANCY ANKERS WHITE
               Special Assistant Attorney General

Date: June 10, 2005     __/s/ DAVID J. RENTSCH_____
                                 David J. Rentsch, Counsel
                                 Legal Division
                                 Department of Correction
                                 70 Franklin Street, Suite 600
                                 Boston, MA  02110-1300
                                 (617) 727-3300, ext. 142
                                 BBO #544926

CERTIFICATE OF SERVICE

    I, David J. Rentsch, certify that on this day I mailed a copy of the foregoing paper and the exhibits referenced therein to the plaintiff, Thomas C. LeMay, <u>pro</u> <u>se</u> by first class mail, postage pre-paid, at the Mass. Treatment Center, 30 Administration Road, Bridgewater, MA  02324.


Date: June 10, 2005          __/s/ DAVID J. RENTSCH_____
                                  David J. Rentsch, Counsel

Thomas C. LeMay, Pro Se
Ma. Treatment Center
30 Administration Road
Bridgewater, Ma. 02324

Febuary 12 2005

Mr. Robert Murphy, Superintendent
Massachusetts Treatment Center
30 Administration Road
Bridgewater, Ma. 02324

<u>Civil Action Number</u>
04-12676-REK

## INTERROGATORIES DISCOVERY

Now comes the Plaintiff, Thomas C. LeMay, Pro Se, a Patient at the Massachusetts Treatment Center with No Prison time left.

Please state the names of all personal who were assigned to conduct urinalysis Test on the Plaintiff Lemay on or about September 8, 2003.

Any and all Documents and Reports concerning the Urine Test that morning of September 8, 2003. Please submit the names of the Four (4) officers involved as soon as can be.

Thank you for your time and help in this matter.....

*Thomas C. LeMay*
Thomas C. LeMay, Pro Se
Unit A-2

cc: Clerk of Federal Court
    Robert Murphy, Superintendent

EXHIBIT 1

 

*The Commonwealth of Massachusetts*
*Executive Office of Public Safety*
*Department of Correction*
*Legal Division*
*70 Franklin Street, Suite 600*
*Boston, MA 02110-1300*
*(617) 727-3300 Ext. 124*
*www.mass.gov/doc*

**Mitt Romney**
*Governor*

**Kerry Healey**
*Lieutenant Governor*

**Edward A. Flynn**
*Secretary*

Kathleen M. Dennehy
Commissioner

James R. Bender
Deputy Commissioner

Nancy Ankers White
*General Counsel*

March 21, 2005

Thomas C. LeMay (M13760)
Mass. Treatment Center
30 Administration Road
Bridgewater, MA  02324

RE:  **LeMay v. Dennehy, et al.**
     **U.S.D.C. #04-cv-12676-REK**

Dear Mr. LeMay:

Enclosed please find the "Answers to Interrogatories" signed by Superintendent Robert Murphy in this case. As the answers indicate, there is no record that you were given urinalysis testing on any date in September 2003. Therefore, we don't know the names of the officers to whom you refer as "John Does" in your complaint.

Sincerely,

David J. Rentsch
Counsel

Enclosure

EXHIBIT 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,

    Plaintiff,

v.

KATHLEEN DENNEHY, et al,

    Defendants.

No. 04-cv-12676-REK

ANSWERS TO INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, Robert Murphy answers the plaintiff's "Interrogatories Discovery" (dated February 12, 2005) as follows:

Question 1

Please state the names of all personal (sic) who were assigned to conduct urinalysis Test on the Plaintiff LeMay on or about September 8, 2003.

Answer

No personnel from the Massachusetts Treatment Center were assigned to conduct urinalysis testing of Thomas LeMay on or about September 8, 2003. There is no record at this institution of any urinalysis testing of Mr. LeMay in September 2003.

Question 2

Any and all Documents and Reports concerning the Urine Test that morning of September 8, 2003. Please submit the names of the Four (4) officers involved as soon as can be.

2

Answer 2

As stated in my previous answer, there is no record that a urine test of Thomas LeMay took place in September 2003 at the Massachusetts Treatment Center. To my knowledge no officers from this facility were involved in any urinalysis testing of Mr. LeMay during the month of September 2003.

Signed under the pains and penalties of perjury on this 15th day of March, 2005.

_____
Robert Murphy, Superintendent
Massachusetts Treatment Center

Counsel for the Defendants:

_____
David J. Rentsch, Counsel
BBO#544926
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617)727-3300, ext. 142