UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| THOMAS C. LEMAY, PRO SE<br>PLAINTIFF,<br><br>V.<br><br>KATHLEEN M. DENNEHY, ET AL.<br>DEFENDANTS, | )<br>)<br>)<br>)<br>)  C.A. NO. 04-12676-REK<br>)<br>)<br>) |

## AMENDED REQUEST FOR DISCOVERY

THE PLAINTIFF SUBMITS THIS AMENDED REQUEST FOR THE PRODUCTION OF DOCUMENTS, "DOCUMENTS" IN THIS REQUEST SHOULD BE CONSTRUED AS ANY WRITTEN DOCUMENT, ELECTRONIC RECORDINGS OR ENTRIES IN AN ELECTRONIC STORAGE DEVICE OR COMPUTER, ANY ENTRY IN THE DEPARTMENT OF CORRECTIONS INMATE MANAGEMENT SYSTEM OR ANY OTHER MEANS OR FORMAT WHICH IS UTILIZED TO RECORD THE MOVEMENT OF DETAINED PERSONS FROM THEIR CELLS BETWEEN THE HOURS OF 9;30 P.M. TO 7;30 A.M..

THE REQUSTED DOCUMENTS SHOULD ALSO REFLECT THE SUBMISSION OF URINALYSIS PROCEDURES DONE, THE OFFICERS CONDUCTING SAID TESTS, THE TIMES THAT THESE TESTS WERE DONE, THE OFFICERS ESCORTING THE DETAINED PERSON TO THE AREA WHERE SAID TESTS ARE DONE AND THE RESULTS OF THESE TEST.

IF THERE ARE NO "DOCUMENTS" AS DEFINED ABOVE, THE PLAINTIFF REQUEST COPIES OF THE PAGES OF THE UNIT LOGS OF UNIT C-1, WHICH REFLECT THE CORRECTIONAL OFFICERS ENTRIES DURING HIS/HER TOUR OF DUTY FOR THE DATES OF JUNE 1, 2003 TO JULY 31, 2003 DURING THE 11;00 P.M. TO 7;00 A.M. SHIFT.

THE PLAINTIFF REQUEST COPIES OF THE PAGES OF THE URINALYSIS LOGBOOK REFLECTING THE TESTS DONE, THE PERSON'S THAT WERE PRESENT DURING THESE TESTS WERE DONE, THE OFFICERS DOING THESE TESTS AND THE RESULTS, FOR THE DATES OF JUNE 1, 2003 TO JULY 31, 2003 ON THE 11:00 P.M. TO 7:00 A.M. SHIFT.

THE DEFENDANTS ARE ENTITLED TO REDACT ANY INFORMATION WHICH POSES A THREAT TO THE SECURITY OF THE INSTITUTION OR ANY PERSON, SUBJECT TO REVIEW BY THE COURT.

RESPECTFULLY SUBMITTED,

*Thomas C. LeMay*
THOMAS C. LEMAY. PRO SE
30 ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324

DATED: JUNE 6, 2005

2.

CERTIFICATE OF SERVICE

I HEREBY STATE UNDER THE PAINS AND PENALTIES OF PERJURY THAT I HAVE CAUSED THIS DAY OF JUNE 6, 2005, SERVE A COPY OF THE ABOVE DOCUMENT UPON THE COUNSEL OF RECORD, DAVID J. RENTSCH, DEPARTMENT OF CORRECTIONS AND A COPY TO THE FEDERAL COURT, DISTRICT OF MASSACHUSETTS, BOSTON. MASSACHUSETTS 02110.

DATED: JUNE 6, 2005

*Thomas C. LeMay*
THOMAS C. LEMAY, PRO SE