UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS C. LEMAY,<br>    Plaintiff,<br><br>v.<br><br>KATHLEEN M. DENNEHY, et al.,<br>    Defendants. | )<br>)<br>)<br>)<br>)  No. 04-12676-REK<br>)<br>)<br>) |

MOTION TO WITHDRAW COMPLAINT

Now comes the Plaintiff, Thomas C. LeMay, Pro Se, and moves that this Honorable Federal Court grant his Motion to Withdraw Complaint without prejudice so he may pursue this matter in State Court.

Please bring same to the attention to this Honorable Federal Court and prays that the above matter be withdrawn from this Honorable Court.

Respectfully Submitted,

Dated: August 22, 2005

*Thomas C. LeMay*
Thomas C. LeMay, Pro Se
30 Administration Road
Bridgewater, Ma. 02324


cc: Clerk of the Federal Court
    Defendants attorney, Mr. Rentsch, David J.
    File

CERTIFICATE OF SERVICE

I HEREBY STATE UNDER THE PAINS AND PENALTIES OF PERJURY THAT I HAVE CAUSED THIS DAY OF AUGUST 22, 2005, SERVE A COPY OF THE ABOVE DOCUMENT UPON THE COUNSEL OF RECORD, DAVID J. RENTSCH, OF THE DEPARTMENT OF CORRECTIONS AND A COPY TO THE FEDERAL COURT, DISTRICT OF MASSACHUSETTS, BOSTON, MASSACHUSETTS 02210.

DATED: AUGUST 22, 2005

*Thomas C. LeMay*
THOMAS C. LEMAY, PRO SE