UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS C. LeMAY,  
    Plaintiff,

v.

KATHLEEN DENNEHY, et al,  
    Defendants.

No. 04-cv-12676-REK

### DEFENDANTS' RESPONSE TO THE PLAINTIFF'S MOTION TO WITHDRAW COMPLAINT

The defendants respond as follows to the plaintiff's Motion to Withdraw Complaint (P#23):

1. The defendants assent to the motion, provided that the federal law claims that were decided by the Court's Memorandum and Order (August 9, 2005) are dismissed <u>with prejudice</u>.

2. The defendants agree that the state claim of sexual harassment may be dismissed <u>without prejudice</u> as discussed on page 14 of the Court's Memorandum and Order.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Date: September 1, 2005    __/s/ DAVID J. RENTSCH_____
Counsel, BBO #544926
Legal Division
Department of Correction
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300, ext. 142

2

## CERTIFICATE OF SERVICE

I, David J. Rentsch, certify that on this day I caused a copy of the foregoing paper to be mailed to the plaintiff, Thomas C. LeMay, pro se by first class mail, postage pre-paid, at the Mass. Treatment Center, 30 Administration Road, Bridgewater, MA  02324.


Date: September 1, 2005        __/s/ DAVID J. RENTSCH_____
                               David J. Rentsch, Counsel