Thomas C. LeMay
30 Administration Road
Bridgewater, Ma. 02324

October 26, 2005

United States District Court
1 Courthouse Way, Suite 2300
Office of The Clerk
Boston, Massachusetts 02210

Re:   **LeMay   v.   Dennehy, et al**
      **Civil Action 04-12676-REK**

Dear Clerk of Courts,

   Please find enclosed this letter to this Honorable Federal Court on the Pending Court Hearing on November 3, 2005, in which the Plaintiff has a Hearing on his Motion to withdraw his complaint in the Honorable Court.

   The Plaintiff can-not be in the Federal Court on that day or any day that will follow, Due to his being in the Suffolk Superior Court for a Section 9 Hearing to be released from the treatment center.

   If the Plaintiff failed to be released from his Illegal Commitment he will file this case in the State Court as Justice Robert E. Keeton sujested he do and change the venue to a State Court against the defendants.

   If the Plaintiff is released he will stop all action against the Defendants .

   Thank you for your help and time in this matter and Please let this honorable Court know that I will be in another court on November 3, 2005.

            Respectfully Submitted,

            *Thomas C. LeMay*
            Thomas C. LeMay, Pro Se

CERTIFICATE OF SERVICE

I HEREBY STATE UNDER THE PAINS AND PENALTIES OF PERJURY THAT I HAVE CAUSED THIS DAY OF OCTOBER 26, 2005, SERVE A COPY OF THE ABOVE DOCUMENT UPON THE COUNSEL OF RECORD, DAVID J. RENTSCH DEPARTMENT OF CORRECTIONS AND A COPY TO THE FEDERAL COURT, DISTRICT OF MASSACHUSETTS, BOSTON, MASSACHUSETTS.

DATED;   OCTOBER 26, 2005

*Thomas C. LeMay*
Thomas C. LeMay, Pro Se