UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                )
THOMAS C. LEMAY,                  )
    Plaintiff                             )
                                                )
    v.                                 )       CIVIL ACTION
                                                )       NO. 04-12676-REK
KATHLEEN M. DENNEHY, Commissioner,  )
ROBERT MURPHY, Superintendent,       )
PHIL KANE, Sergeant Training Officer,     )
JOHN DOE #1, Officer No. 1,              )
JOHN DOE #2, Officer No. 2, and         )
JOHN DOE #3, Officer No. 3 and Shift      )
Commander,                               )
    Defendants                          )
_____)

**Final Judgment**
November 16, 2005

       For the reasons stated in the Memoranda and Orders of August 9, 2005, and this date, it is ORDERED:

       (1) The federal claims against Kathleen M. Dennehy, Robert Murphy, Phil Kane, John Doe No. 1, and John Doe No. 2 are DISMISSED WITH PREJUDICE; and

       (2) The federal claims against John Doe No. 3 and the state claims against all defendants are DISMISSED WITHOUT PREJUDICE.

       (3) This case is CLOSED.

Approved:                                                          By the Court,


_/s/Robert E. Keeton_____               _/s/Karen Folan_____

Robert E. Keeton                                  Karen Folan, Deputy Clerk
Senior United States District Judge